FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RONALD SHEHEE,<br><br>                Defendant. | No. 4:18-CR-06005-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 74, 75** |

Before the Court is Defendant's unopposed Motion to Modify Conditions of Release (ECF No. 74), Defendant's Supplement to Motion (ECF No. 77), and unopposed Motion to Expedite (ECF No. 75). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (**ECF No. 75**) is **GRANTED**.

2. The Motion to Modify Conditions of Release (**ECF No. 74**) is **GRANTED**.

ORDER - 1

3. Defendant's previously imposed conditions of release (**ECF No. 25**) shall be **MODIFIED** as follows: Special Conditions Nos. 5 and 6 are stricken. Defendant shall no longer be subject to GPS monitoring or home confinement.

DATED January 31, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2