FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RONALD SHEHEE,<br><br>　　　　　Defendant. | No. 4:18-CR-06005-MKD<br><br>ORDER MODIFYING CONDITIONS OF RELEASE<br><br>**ECF No. 134** |

　　　Before the Court is Defendant Ronald Shehee's Motion to Modify Conditions of Release. ECF No. 134. On July 15, 2019, the Hon. Salvador Mendoza, Jr., sentenced Defendant to 70 months' imprisonment and five years of supervised release and entered Judgment of the same. ECF No. 105. On September 1, 2020, Judge Mendoza granted Defendant's Motion for Compassionate Release, ordering that Defendant may serve the remainder of his term of imprisonment in home confinement. ECF No. 124. On June 27, 2022, Judge Mendoza granted Defendant's Unopposed Motion to Modify Conditions of Supervised Release to permit out-of-state travel for work. ECF No. 127.

　　　Defendant Shehee seeks further modification to the conditions of his supervised release to remove his home-confinement condition. ECF No. 134 at 2.

ORDER – 1

Defendant represents that he seeks the modification for greater freedom to visit family and to move to Oregon.  Defendant argues that home confinement is unnecessarily punitive at this juncture because he has been a model supervisee and is paralyzed from the waist down.  The United States Probation Office supports the request and the United States has indicated to the Court by email that it does not intend to file an opposition.

18 U.S.C. § 3583(e)(2) provides that a court "may modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release . . . ."  To do so, a court must consider the factors in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7).  These factors include whether the conditions will afford adequate deterrence to the criminal conduct, protect the public from further crimes of the defendant, and provide the defendant with needed training and medical care. The Court has reviewed the record and the motion and finds that the factors of 18 U.S.C. § 3583(e)(2) warrant modification of Defendant Shehee's conditions of supervised release, to remove the home confinement condition.

Accordingly, **IT IS HEREBY ORDERED,**

1. Defendant Ronald Shehee's Motion to Modify Conditions of Release. **ECF No. 134**, is **GRANTED**.

ORDER – 2

2. Judge Mendoza's Orders converting Defendant's sentence of incarceration to home confinement, ECF No. 124, imposing conditions of home confinement, ECF No. 125, and modifying conditions of supervised release, ECF No. 127, are **MODIFIED** to **REMOVE** home confinement as a condition of release.

3. The Mandatory, Standard, and Special Conditions of Release set forth in the Amended Judgment, ECF No. 105 at 3-5, shall **REMAIN IN EFFECT.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to the United States and defense counsel.

DATED July 25, 2023.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER – 3